# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 11/19/2024   DAY: Tuesday   START TIME: 12:35 pm   END TIME: 1:20 pm
JUDGE/MAG.: Peterson   CLERK: VOU   REPORTER: JD
PROBATION OFFICER: J. Pick   INTERPRETER: _____   SWORN:
CASE NUMBER: 24-cr-25-jdp-2   CASE NAME: USA v. Simmeka M. Tibbs

**APPEARANCES:**
AUSA: William Levins   DEFENDANT ATTY.: Alexander Vlisides

DEFENDANT PRESENT:

**SENTENCING GUIDELINE RANGE:**
  TOTAL OFFENSE LEVEL: 19   CRIMINAL HISTORY CATEGORY: I
  ADVISORY GUIDELINE IMPRISONMENT RANGE: 30 to 37 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT   ☐ INFORMATION
CBOP  CT. 1 ; 18 MOS.; 4 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
      CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ _____ REST.; $ _____ FINE.
  ☒ VOLUNTARY SURRENDER: 1/7/2025 between noon and 2:00 pm ;
  ☐ RELEASE CONDITIONS CONTINUED.
  ☐ DETAINED.

**ACTIONS:**
  ☒ PLEA AGREEMENT ACCEPTED
  ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
  ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
  ☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
  ☐ REVOKED

**NOTES:**

TOTAL COURT TIME: 0.45"